## 9586.  ELLARD v. COLEMAN.

LUKE, J.  1. A widow whose husband died intestate, leaving no lineal descendants, is, where it appears that he left no unpaid debts, entitled to his whole estate, without taking out letters of administration; and, being so entitled, she is his personal representative. *Johnson* v. *Chappion*, 88 *Ga.* 527 (15 S. E. 15); *Jackson* v. *Green*, 123 *Ga.* 255 (51 S. E. 284); Civil Code (1910), § 3931.

(*a*) The court did not err in making the widow party plaintiff.

2. The charge of the court, when considered as a whole, was full and fair, and presented correctly the issues raised by the pleadings. The evidence authorized the verdict, which has the approval of the trial judge, and none of the alleged errors require a new trial. The court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 16, 1918.

Action for breach of contract; from Habersham superior court—Judge J. B. Jones.  February 5, 1918.

*J. C. Edwards & Sons, Sam Kimzey,* for plaintiff in error.

*W. B. Sloan, Boyd Sloan,* contra.

---

## 9594.  LEE BROTHERS *et al.* v. BEWLEY-DARST COAL COMPANY.

LUKE, J.  1. Where an executory contract for the sale of goods provides for the delivery of the goods on order during a certain period, time is of the essence of the contract, and a failure to order delivery during that period terminates the right to order shipment of the goods. *Bearden Mercantile Co.* v. *Madison Oil Co.*, 128 *Ga.* 605 (58 S. E. 200); *Caddick Milling Co.* v. *Moultrie Grocery Co.*, 22 *Ga. App.* 524 (96 S. E. 583). See *Gude* v. *Bailey Co.*, 4 *Ga. App.* 226 (61 S. E. 135).

2. The evidence demanded a verdict in favor of the plaintiff. It was not error, for any reason assigned, to overrule the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 16, 1918.

Complaint; from Newton superior court—Judge Smith.  January 7, 1918.

*King & Johnson,* for plaintiff in error.  *Rogers & Knox,* contra.